IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AARON DILLARD                                                                                               PLAINTIFF
ADC # 253807

v.                                              4:22CV01134-BRW-JTK

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                                       DEFENDANTS

## ORDER

Aaron Dillard ("Plaintiff") has filed a Motion for Amended or Additional Findings and a Motion Start Discovery.   (Doc. Nos. 35, 37).

**I.      Motion for Amended or Additional Findings**

Plaintiff brings his Motion under Rule 52(b) of the Federal Rules of Civil Procedure. (Doc. No. 35).   Rule 52(b) provides:

> (b) Amended or Additional Findings. On a party's motion filed no later than 28 days after the entry of judgment, the court may amend its findings—or make additional findings—and may amend the judgment accordingly. The motion may accompany a motion for a new trial under Rule 59.

FED. R. CIV. P. 52(b).

This case is still in the discovery stage; the discovery deadline currently is set for November 30, 2023.   (Doc. No. 20).   Rule 52(b) is not applicable at this stage in the proceedings. Accordingly, Plaintiff's Motion is denied.

Plaintiff asks to be allowed to amend his charges.   (Doc. No. 35).   To the extent Plaintiff seeks to amend his Amended Complaint, he provided no factual allegations.   If Plaintiff wishes to amend his Amended Complaint, he may file a Motion to Amend Complaint.   Plaintiff should include his proposed Second Amended Complaint along with his Motion.   Plaintiff is cautioned that a Second Amended Complaint will render his Amended Complaint without legal effect.   In Home Health, Inc. v. Prudential Ins. Co. of America, 101 F.3d 600, 603 (8th Cir. 1996) ("An

amended complaint 'ordinarily supersedes the original and renders it of no legal effect.'") (internal citations omitted).  If Plaintiff decides to amend his Amended Compliant, only claims properly set out in any Second Amended Complaint will be allowed to proceed.

## II.  Motion to Start Discovery

Plaintiff seeks an order to start discovery.   Plaintiff does not need an order from the Court to begin discovery.   Accordingly, Plaintiff's Motion (Doc. No. 37) is denied as moot.   The Court refers Plaintiff to the Initial Order for Pro Se Prisoners entered on March 29, 2023.   (Doc. No. 8).  The Order reads, in relevant part:

> **Fifth: Do Not File Discovery.** Discovery requests, such as interrogatories and requests for production of documents, and responses to discovery requests cannot be filed with the Court.  Instead, you must mail discovery requests and responses directly to counsel for the Defendant. **Do not mail discovery requests to Defendants' counsel until *after* he or she has filed an Answer or Motion to Dismiss.**

(Id. at 2).

## III.  Conclusion

IT IS THEREFORE ORDERED that:

1.  Plaintiff's Motion for Amended or Additional Findings (Doc. No. 35) is DENIED;

2.  Plaintiff's Motion to Start Discovery (Doc. No. 37) is DENIED as moot; and

3.  The Clerk of the Court is directed to send Plaintiff a blank 42 U.S.C. § 1983 form along with a copy of this Order.

Dated this 23rd day of August, 2023.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE