# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

AARON DILLARD                                                                                    PLAINTIFF
ADC # 131975

v.                                              4:22CV01134-JTK

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                           DEFENDANTS

## **JUDGMENT**

Based on the Order entered this date, Plaintiff's personal capacity claims against Defendants Barden and Lane are dismissed with prejudice. All other claims have been dismissed without prejudice.

Dated this 18th day of March, 2024.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE